

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isidro Lopez-Rocha<br><br>Petitioner,<br>V.<br><br>United States of America<br><br>Respondent. | Civil Action No. 18cv0021-MMA(AGS)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

It plainly appears from the face of the petition that Petitioner is not entitled to relief. Accordingly, the Court dismisses the petition for writ of habeas corpus without prejudice and without leave to amend. Judgment is entered in favor of Respondent and against Petitioner.

Date: 1/4/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy